AO 450 (Rev. 7/99) Judgment in a Civil Case

**CLOSED**

FILED
AUG 16 2004
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

EDWARD P. MANTURUK,

    Plaintiff,

v.

MIDLAND NATIONAL LIFE INSURANCE COMPANY, et al.,,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 02-73905

Honorable Paul D. Borman



✳ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment be entered for the Defendants and against the Plaintiff.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

Eugenia Zacks-Carney, David F. Zuppke, John M. Sheran, Lamberto Distefano

Date  AUG 16 2004

David Weaver, Clerk of Court

_____
Deputy Clerk