**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

SUE BURLAGE
(513) 564-7012
www.ca6.uscourts.gov

Filed: September 22, 2005

Eugenia Y. Zacks-Carney

David F. Zuppke

John M. Sheran

Stephen Scapelliti

F I L E D
OCT - 4 2005
CLERK'S OFFICE
DETROIT

RE: 04-2178
Manturuk vs. Chaffee, et al
District Court No. 02-73905

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk
/s/
Sue Burlage
Case Manager

Enclosure

cc: Honorable Paul D. Borman
    Mr. David J. Weaver
        certified copy

No. 04-2178

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

SEP 2 2 2005

LEONARD GREEN, Clerk

02-73905
S. Borman

EDWARD P. MANTURUK

    Plaintiff - Appellant

v.

ORDER

JAMES R. CHAFFEE, CHAFFEE AND ASSOCIATES,
ALLIANZ LIFE INSURANCE COMPANY OF NORTH
AMERICA,
TCE SYSTEMS, INCORPORATED

    Defendants - Appellees

MIDLAND NATIONAL LIFE INSURANCE COMPANY,
and AMERICAN INVESTORS LIFE INSURANCE
COMPANY, INCORPORATED

    Defendants

In accordance with Rule 33, Rules of the Sixth Circuit and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

**IT IS ORDERED** that the appeal be and hereby is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green,*

SJB

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By *Sue Burlage*
    Deputy Clerk